# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIAM ICAL TUIL**                                            **PLAINTIFF**
**#221976**

**v.**                        **No: 4:20-cv-00190 BRW-PSH**

**JOHN DOES**                                                      **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris.  No objections have been filed.  After carefully consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Ical Tuil's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED, this 6th day of May, 2020.

                                                           Billy Roy Wilson_____
                                                           UNITED STATES DISTRICT JUDGE