IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM ICAL TUIL**                                               **PLAINTIFF**
**#221976**

v.                  No: 4:20-cv-00190 BRW-PSH

**JOHN DOES**                                                     **DEFENDANTS**

## JUDGMENT

Based on the order filed today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED, this 6th day of May, 2020.

                                               Billy Roy Wilson_____
                                               UNITED STATES DISTRICT JUDGE